IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION



| | |
|---|---|
| LOUIS WAGNER, | CV 16-87-H-DLC-JTJ |
| Petitioner, | ORDER |
| vs. | |
| LEROY KIRKEGARD, ATTORNEY GENERAL OF THE STATE OF MONTANA, et al., | |
| Respondents. | |

United States Magistrate Judge John Johnston entered his Findings and Recommendations in this matter on November 16, 2016, recommending denial of Petitioner Louis Wagner's ("Wagner") application for writ of habeas corpus under 28 U.S.C. § 2254. The parties failed to timely object to the Findings and Recommendations, and so waived their right to de novo review of the record. 28 U.S.C. § 636(b)(1)(C). This Court reviews for clear error those findings and recommendations to which no party objects. *See McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981); *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v.*

*Syrax*, 235 F.3d 422, 427 (9th Cir. 2000) (citations omitted).

Having reviewed the Findings and Recommendations, the Court finds no clear error in Judge Johnston's conclusion that Wagner's petition is now moot because he is no longer incarcerated. The Court further agrees that Wagner's petition fails to raise a continuing injury or collateral consequence as a result of his incarceration.

Accordingly, there being no clear error in Judge Johnston's Findings and Recommendations, IT IS ORDERED that:

(1) Judge Johnston's Findings and Recommendations (Doc. 10) are ADOPTED IN FULL.

(2) Wagner's petition (doc. 1) is DENIED as moot.

(3) The Clerk of Court is directed to enter, by separate document, a judgment of dismissal.

(4) A certificate of appealability is DENIED.

Dated this 14th day of December, 2016

Dana L. Christensen, Chief Judge
United States District Court