UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

_____

LOUIS WAGNER,   JUDGMENT IN A CIVIL CASE

       Petitioner,   Case No. CV 16-87-H-DLC-JTJ

vs.

LEROY KIRKEGARD, et al.,

       Respondents.

_____

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is DISMISSED.

Dated this 14th day of December, 2016.

                TYLER P. GILMAN, CLERK

                By: /s/ T. Gesh
                T. Gesh, Deputy Clerk